1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12  ANJELA KHALAFIAN,                          )   CASE NO. CV 11-4750 AGR
13                          Plaintiff,         )
                                               )   JUDGMENT
14              vs.                            )
15  MICHAEL J. ASTRUE, Commissioner of )
    Social Security,                           )
16                                             )
                            Defendant.         )
17  _____ )

18      In accordance with the Memorandum Opinion filed concurrently herewith,

19      IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

20  Commissioner of Social Security Administration.

21

22  DATED:  July 10, 2012

23                          _____
                                    ALICIA G. ROSENBERG
                                    United States Magistrate Judge

24
25
26
27
28